## UCC FINANCING STATEMENT

| NAME & PHONE OF CONTACT AT FILER (optional) | IDAHO SECRETARY OF STATE |
|---|---|
| AUTOMOTIVE FINANCE CORPORATION | 05/10/2016 09:48:16 |

| E-MAIL CONTACT AT FILER (optional) |
|---|
| ERUSHING@AUTOFINANCE.COM |

$3.00
Filing Number:
**B 2016-1174833-6**

SEND ACKNOWLEDGEMENT TO: (Name and Address)

AUTOMOTIVE FINANCE CORPORATION
13085 HAMILTON CROSSING BLVD
CARMEL IN 46032

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| C.A.R.S. ENTERPRISES, INC. | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9393 FAIRVIEW AVE | BOISE | ID | 83704 | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 2 blank, check here ☐ and provide the individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HAWKES MOTORS | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9393 FAIRVIEW AVE | BOISE | ID | 83704 | |

3. SECURED PARTY'S NAME: (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AUTOMOTIVE FINANCE CORPORATION | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 13085 HAMILTON CROSSING BLVD | CARMEL | IN | 46032 | |

4. COLLATERAL: This financing statement covers the following collateral:

ALL OF DEBTORS ASSETS AND PROPERTIES WHEREVER LOCATED, INCLUDING WITHOUT LIMITATION: ACCOUNTS, CHATTEL PAPER, DEPOSIT ACCOUNTS, DOCUMENTS, EQUIPMENT, FIXTURES, INVENTORY AND OTHER GOODS, GENERAL INTANGIBLES, INSTRUMENTS, INSURANCE POLICIES, INVESTMENT PROPERTY, LETTER OF CREDIT RIGHTS, MONEY, SOFTWARE, SUPPORTING OBLIGATIONS, AND TITLES, NOW OWNED OR HEREAFTER ACQUIRED BY DEBTOR; ANY AND ALL PROCEEDS, PRODUCTS, ADDITIONS, ACCESSIONS, ACCESSORIES, AND REPLACEMENTS OF THE FOREGOING; AND ALL OF DEBTORS COMPUTER RECORDS, BUSINESS PAPERS, LEDGER SHEETS, FILES, BOOKS, AND RECORDS RELATING TO THE FOREGOING, NOW OWNED OR HEREAFTER ACQUIRED.

5. Check only if applicable and check only one box: ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decendent's Personal Representitive

| 6a. Check only if applicable and check only one box:<br>☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box:<br>☐ Agricultural Lien ☐ Non-UCC Filing |
|---|---|

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**Exhibit 2**