| Stock No. | Year | Make | Model | VIN | Floor Date | Balance |
|---|---|---|---|---|---|---|
| 302 | 2015 | DODGE | JOURNEY | 3C4PDCAB2FT618081 | 1/31/18 | $9,556.21 |
| 305 | 2014 | FORD | FIESTA | 3FADP4BJ0EM110857 | 2/14/18 | $2,509.73 |
| 329 | 2014 | BMW | 4-SERIES | WBA3N3C50EF711173 | 3/14/18 | $21,120.64 |
| 336 | 2008 | DODGE | RAM 2500 | 3D3KR28A18G130083 | 3/22/18 | $24,976.64 |
| 338 | 2015 | FORD | F150 | 1FTFW1EG3FKE63591 | 4/13/18 | $28,426.98 |
| 339 | 2008 | PONTIAC | GRAND PRIX | 2G2WP552X81124021 | 4/24/18 | $3,340.15 |
| 341 | 2013 | AUDI | Q7 | WA1LGAFE2DD016856 | 4/25/18 | $17,289.48 |
| 346 | 2014 | FORD | F150 | 1FTFW1EF9EKE57512 | 6/7/18 | $20,085.51 |
| 348 | 2011 | CHEVROLET | TAHOE | 1GNSKBE09BR308586 | 6/7/18 | $14,805.07 |
| 350 | 2015 | RAM | 1500 | 1C6RR7PM0FS532044 | 5/31/18 | $39,634.52 |
| 351 | 2017 | RAM | 2500 | 3C6UR5FL5HG767038 | 5/31/18 | $56,367.70 |
| 359 | 2012 | RAM | 1500 | 1C6RD7NT6CS111353 | 6/19/18 | $24,434.53 |
| 360 | 2007 | FORD | F350SD | 1FTWW33P27EB10399 | 6/21/18 | $24,731.72 |
| 365 | 2013 | DODGE | JOURNEY | 3C4PDDBG4DT711021 | 6/26/18 | $8,937.31 |
| 366 | 2007 | FORD | F150 | 1FTPW14V27KA93790 | 7/5/18 | $8,389.24 |
| 369 | 2005 | MERCEDES-BENZ | SL CLASS | WDBSK75FX5F090821 | 7/5/18 | $15,952.85 |
| 371 | 2015 | TOYOTA | 4RUNNER | JTEBU5JR4F5263476 | 7/5/18 | $32,695.79 |
| TOTAL | | | | | | $353,254.07 |

**Exhibit 3**