| Stock No. | Year | Make | Model | VIN | Floor Date | Balance |
|---|---|---|---|---|---|---|
| 302 | 2015 | DODGE | JOURNEY | 3C4PDCAB2FT618081 | 1/31/18 | $9,556.21 |
| 305 | 2014 | FORD | FIESTA | 3FADP4BJ0EM110857 | 2/14/18 | $2,509.73 |
| 329 | 2014 | BMW | 4-SERIES | WBA3N3C50EF711173 | 3/14/18 | $21,120.64 |
| 336 | 2008 | DODGE | RAM 2500 | 3D3KR28A18G130083 | 3/22/18 | $24,976.64 |
| 338 | 2015 | FORD | F150 | 1FTFW1EG3FKE63591 | 4/13/18 | $28,426.98 |
| 339 | 2008 | PONTIAC | GRAND PRIX | 2G2WP552X81124021 | 4/24/18 | $3,340.15 |
| 341 | 2013 | AUDI | Q7 | WA1LGAFE2DD016856 | 4/25/18 | $17,289.48 |
| 348 | 2011 | CHEVROLET | TAHOE | 1GNSKBE09BR308586 | 6/7/18 | $14,805.07 |
| TOTAL | | | | | | $122,024.90 |

**Exhibit 4**