| Stock No. | Year | Make | Model | VIN | Floor Date | Balance |
|---|---|---|---|---|---|---|
| 353 | 2017 | RAM | 1500 | 1C6RR7NT1HS656918 | 6/8/18 | $36,071.74 |
| 354 | 2014 | JEEP | GRAND CHEROKEE | 1C4RJFBG6EC190233 | 6/19/18 | $20,049.15 |
| 358 | 2011 | JEEP | LIBERTY | 1J4PN2GK2BW591882 | 6/20/18 | $8,763.32 |
| TOTAL | | | | | | $64,884.21 |