# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE<br><br>Ryan William and Suzann Margaret Hawkes,<br><br>Debtor<br>_____<br>Automotive Finance Corporation,<br>Plaintiff<br>v.<br><br>Ryan William Hawkes,<br><br>Defendant<br>_____ | Case No. 19-00880-JDP<br>Chapter 7<br><br><br><br>Adv. No. 19-06058-JDP |

## SECOND AMENDED NOTICE

## RE: TELEPHONIC PRETRIAL CONFERENCE

PLEASE TAKE NOTICE that the telephonic pretrial conference in this matter has been CONTINUED to the **14th day of April, 2020, at 11:00 a.m.**

Parties in this case must dial into the Court's conferencing phone number at least ten minutes prior to the commencement of the telephonic hearing:

**1-877-336-1831**
Access code: **5512662#**
Security code: **1234#**

Dated: March 27, 2020.

STEPHEN W. KENYON
Clerk, US Bankruptcy Court

By: /s/ *Amie Duong*
Amie Duong, Deputy Clerk